UNITED STATES DISTRICT COURT
EASTERN DISTRICT NEW YORK
-----------------------------------------------------------------X
INVESCO INVESTMENT SERVICES, INC.,        1:20-CV-4887 (ARR) (PK)

                         Plaintiff,
       - against -                                     NOTICE OF APPEARANCE

JONATHAN GROSSMAN and
HERSCHEL HARRY PFEFFER,

                         Defendants.
-----------------------------------------------------------------X

**PLEASE TAKE NOTICE** that JOHN M. MURTAGH of GAINES, NOVICK, PONZINI, COSSU & VENDITTI, LLP, does hereby enter his appearance on behalf of JONATHAN GROSSMAN. Any and all correspondence, documents, notices and filings should be forwarded to GAINES, NOVICK, PONZINI, COSSU & VENDITTI, LLP located at 1133 Westchester Avenue, Suite N202, White Plains, New York 10604.

Dated: White Plains, New York
          November 30, 2020

                                      Yours, etc.

                                      GAINES, NOVICK, PONZINI,
                                      COSSU & VENDITTI, LLP
                                      Attorneys for Jonathan Grossman

                                      _____
                                      John M. Murtagh (JM5815)
                                      1133 Westchester Avenue, Suite N-202
                                      White Plains, New York 10604
                                      (914) 288-9595